AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STEPHEN TURCOTTE and ALEXANDER TURCOTTE <br><br> *Plaintiff(s)* <br><br> v. <br><br> VESPER USF LLC d/b/a CAMPUS LIFE & STYLE and PROCOLLECT, INC. <br><br> *Defendant(s)* | Civil Action No.  2:24-cv-14304-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ProCollect, Inc. c/o Registered Agent: REGISTERED AGENT SOLUTIONS, INC. 2894 REMINGTON GREEN LANE, SUITE A, TALLAHASSEE, FL 32308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Newhart Legal, P.A. Darren Newhart 14611 Southern Blvd. # 1351 Loxahatchee, FL 33470.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  09/16/2024

Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| STEPHEN TURCOTTE and ALEXANDER TURCOTTE <br><br> *Plaintiff(s)* <br><br> v. <br><br> VESPER USF LLC d/b/a CAMPUS LIFE & STYLE and PROCOLLECT, INC. <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-14304-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   VESPER USF LLC c/o Registered Agent: UNITED CORPORATE SERVICES, INC.
3458 LAKESHORE DRIVE
TALLAHASSEE, FL 32312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Newhart Legal, P.A. Darren Newhart 14611 Southern Blvd. # 1351 Loxahatchee, FL 33470.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   09/16/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez

Deputy Clerk
U.S. District Courts